IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. LANCE ALBERTSON, <br><br>  Plaintiff- Relator, <br><br> v. <br><br> AGENDIA, INC., <br><br>  Defendant. | Civil Action No. 3:21-cv-46-TCB <br><br><br> FILED *EX PARTE* AND UNDER SEAL |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and

time for making an election to intervene should be extended.

A proposed order accompanies this notice

This 6th day of December, 2022.

                Respectfully submitted,

                RYAN K. BUCHANAN
                *United States Attorney*


                /s/NEELI BEN-DAVID
                ASSISTANT UNITED STATES ATTORNEY
                Georgia Bar No. 049788
                600 Richard B. Russell Federal Building
                75 Ted Turner Drive SW
                Atlanta, GA 30303
                Telephone: (404) 581-6303
                Facsimile: (404) 581-4667
                E-mail: neeli.ben-david@usdoj.gov


                *Counsel for United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ex rel. LANCE ALBERTSON, ) | |
| ) | Civil Action No. |
| ) | 3:21-cv-46-TCB |
| Plaintiff- Relator, ) | |
| ) | |
| v. ) | FILED *EX PARTE* |
| ) | AND UNDER SEAL |
| AGENDIA, INC., ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that The United States' Notice of Election to Decline Intervention and proposed Order, were emailing true and correct copies thereof to:

>Ramsey B. Prather
>Butler Wooten & Peak LLP
>Ramsey@butlerwooten.com

This 6th day of December, 2022.

                              /s/Neeli Ben-David
                              Assistant United States Attorney

THESE DOCUMENTS HAVE NOT BEEN SERVED UPON THE DEFENDANTS BECAUSE THIS CASE REMAINS UNDER SEAL.